IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JOSEPH JOEY WILSON, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | Civil Action File No. |
| : | **1:02-CV-151 (WLS)** |
| NURSE DOVE, and SHYLAJA : | |
| PRABHAKAR, M.D., : | |
| : | |
| Defendants. : | |
| : | |

_____

**ORDER**

Plaintiff has filed a "Motion for Rule 56(f) Continuance" (tab76) seeking to extend the discovery period. In his motion, plaintiff states that a continuance in the disposition of the presently pending motions for summary judgement is necessary due to outstanding discovery.

Rule 56(f) of the Federal Rules of Civil Procedure state in pertinent part:

> Should it appear from the affidavits of a party opposing the motion that the party cannot for reasons stated present by affidavit facts essential to justify the party's opposition, the court may refuse the application for judgment or may order a continuance to permit affidavits to be obtained or depositions to be taken or discovery to be had or may make such other order as is just.

As justification for this motion, plaintiff states that defendants have refused to respond to interrogatories, have objected to most requests for production of documents.

Defendant Dove answered the complaint in June of 2003; defendant Prabhakar answered the complaint on August 30, 2004. Plaintiff requested and was denied additional time for discovery as to defendant Dove by order dated May 26, 2003 as plaintiff had failed to propound *any*

discovery during the ninety day period given to him.  Another request for an extension was denied by order dated March 15, 2005.

 In this current request, plaintiff again states that he did not receive full answers to his requests.  However, plaintiff has never filed a motion to compel, nor has he certified that he has attempted in good faith to resolve any discovery issues with defendants, both of which are required by local rules.  Moreover, plaintiff has shown a history of failing to avail himself of the time period for discovery in any manner, as he failed to propound any discovery to defendant Dove during the appropriate time.  Plaintiff's motion is therefore **DENIED**.  Plaintiff may have THIRTY DAYS from the date of this order to file any supplemental response to the defendants' motions.  Thereafter, the undersigned will consider the motions for summary judgment on the merits.

**SO ORDERED**, this 15th day of June, 2005.

                //S Richard L. Hodge
                RICHARD L. HODGE
                UNITED STATES MAGISTRATE JUDGE

msd