IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

JOSEPH JOEY WILSON, JR.,              :
                                      :
    Plaintiff,                        :
                                      :
v.                                    :   1:02-CV-151 (WLS)
                                      :
NURSE DOVE, and SHYLAJA               :
PRABHAKAR, M.D.,                      :
                                      :
    Defendants.                       :
_____:

O R D E R

    Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Tab 85), filed August 3, 2005. It is recommended that Defendants' motions for summary judgment be granted. (Tabs 68, 73). The Plaintiff has not filed a response to the motions or filed an objection to the Recommendation.[1]

    In his Recommendation, the Magistrate Judge found Plaintiff had failed to establish that Defendants, in violation of Plaintiff's constitutional rights, were deliberately indifferent to Plaintiff's serious medical need either by failure to treat or diagnose or by delaying treatment. Hill v. DeKalb, 40 F.3d 1176 (11th Cir. 1994); Harris v. Coweta County, 21 F.3d 388 (11th Cir. 1994). As found by the Magistrate Judge, the evidence shows that Plaintiff received constitutionally adequate medical care from the Defendants, but that Plaintiff was dissatisfied

---

[1]. When the motions for summary judgment were filed, the Magistrate Judge notified Plaintiff of the filing of the motions and ordered him to respond. Instead, Plaintiff filed a motion to continue in order to engage in further discovery, which was denied by the Magistrate Judge. The Magistrate Judge then extended the deadline for Plaintiff to respond to the motions. Instead, Plaintiff filed a motion for an extension of time to file his response. While the motion was denied by the Magistrate Judge, the Judge provided Plaintiff with an additional 15 days in which to respond. On July 8, 2005, Plaintiff filed a notice of a change of address reflecting his move to another state prison. The record is unclear whether Plaintiff received the order denying the motion for an extension. The Court finds that Plaintiff was given adequate notice and opportunity to respond. Plaintiff's change of address did not excuse him from responding given the notice provided.

with the type of treatment that he received.  Plaintiff has made no showing that the treatment he received, or any delay in treatment, caused him any harm.

Upon full review and consideration of the record, the Court finds that said Recommendation (Tab 85) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings made and reasons stated therein, together with the findings made and conclusions reached herein. Accordingly, Defendants' motions for summary judgment  (Tabs 68, 73) are **GRANTED**.  The CLERK is ORDERED to enter judgment in favor of Defendants and against Plaintiff.

**SO ORDERED**,  this  19th  day of September, 2005.

      /s/W. Louis Sands  
**W. Louis Sands, Chief Judge**  
**United States District Court**